

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-97-02144-CR

DAVID MCBRIDE, JR., Appellant

v.

THE STATE OF TEXAS, Appellee

Appeal from the County Criminal Court No. 6 of Dallas County, Texas. (Tr.Ct.No. MA97-75027-G).
Opinion delivered by Justice Lagarde, Justices Kinkeade and Wright participating.

## JUDGMENT

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered October 9, 1998.

SUE LAGARDE
JUSTICE

**AFFIRM; Opinion filed October 9, 1998**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

---

No. 05-97-02144-CR

---

**DAVID MCBRIDE, JR., Appellant**

V.

**THE STATE OF TEXAS, Appellee**

==========================================

**On Appeal from the County Criminal Court No. 6
Dallas County, Texas
Trial Court Cause No. MA97-75027-G**

==========================================

## OPINION

Before Justices Lagarde, Kinkeade, and Wright
Opinion By Justice Lagarde

David McBride, Jr. appeals his conviction for cruelty to animals. A jury found appellant guilty of the offense and assessed punishment at 180 days' confinement, probated, and a $1,000 fine.

On October 2, 1998, we adopted the trial court's findings that (1) appellant has not timely filed a brief, (2) appellant is not indigent, (3) appellant has not retained counsel, and

(4) appellant has failed to comply with the rules of appellate procedure. We concluded the failure to file the reporter's record was due to appellant's fault and that appellant has abandoned the appeal; therefore we ordered the appeal submitted without the reporter's record and briefs. *See* TEX. R. APP. P. 37.3(c), 38.8(b)(4).

Absent appellant's brief, no points of error are properly before the Court. Our examination of the records does not reveal any fundamental error. Accordingly, we affirm the trial court's judgment.

SUE LAGARDE
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.3
972144F.U05

Case Number: 05-97-02144-CR    Date Filed: 12/11/1997

Style:  McBride, Jr., David
v.
The State of Texas

---

APP  David McBride, Jr.
OTH 059702144
4549 Arcady
Dallas, TX 75205
Phone 214/522-8007

CLK  County Clerk
DCK 00000CCC6
County Criminal Court No. 6
Frank Crowley Courts Building
133 N. Industrial Blvd
Dallas, TX 75207

JDG  Judge
JDG 00000CCC6
County Criminal Court No. 6
Frank Crowley Courts Building
133 N. Industrial Blvd
Dallas, TX 75207

STA  Sue Korioth
ATT 011681975
Assistant District Attorney
Frank Crowley Courts Building
133 North Industrial Blvd., LB 19
Dallas, TX 75207
Phone 214/653-3629
Fax 215/653-3643

Author of Opinion by Justice Lagarde

Rehear denied_____

**\*\*THIS CASE IS RELEASED FOR PUBLICATION   YES / NO**